IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

K.M.M., A CHILD,

       Petitioner,

 v.                                            Case No.  5D18-1047

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed April 27, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

James S. Purdy, Public Defender, and Leon G. Kazanzas, Assistant Public Defender, Daytona Beach, for Petitioner.

No Appearance for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 20, 2017 final orders of disposition rendered in Case Nos. 2016-31617-CJCI and 2017-31287-CJCI, in the Circuit Court in and for Volusia County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


      PETITION GRANTED.


COHEN, C.J., WALLIS and EDWARDS, JJ., concur.